THE PEOPLE'S TRUST COMPANY, as Executor, etc., Appellant, *v.* JOHN J. SMITH et al., Respondents; THE PRESBYTERIAN HOME FOR AGED WOMEN, Appellant.

Reported below, 82 Hun, 494.
(Submitted June 11, 1895; decided October 8, 1895.)

APPEALS from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 19, 1894, which modified and affirmed as modified a judgment entered upon a decision of the court on trial at Special Term rendered in an action for the construction of a will.

*George W. Wingate* and *A. R. Dyett* for appellants.

*J. Warren Greene, John M. Shedd* and *W. F. Dunning* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.

---

FRANCES E. WILLIAMS, Respondent, *v.* THE UNITED STATES MUTUAL ACCIDENT ASSOCIATION of the City of New York, Appellant.

Reported below, 82 Hun, 268.
(Argued June 11, 1895; decided October 8, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 4, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Richard L. Hand* for appellant.

*Edgar T. Brackett* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.